UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT MILES,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:07-CV-5060-RBL<br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,200.00 and no expenses, shall be awarded payable to Plaintiff's attorney pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412; and that no costs shall be awarded pursuant to 28 U.S.C. § 1920.

DATED this 22nd day of April, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Page 1     ORDER - [3:07-cv-5060-RBL]

Presented by:

s/ DAVID R. JOHNSON, WSB # 22269
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2545
Fax: (206)615-2531
david.r.johnson@ssa.gov

Page 2        ORDER - [3:07-cv-5060-RBL]