KAREN STOLZBERG, OSB #83092
kstolzberg@juno.com
11830 SW Kerr Parkway, #315
Lake Oswego, OR 97035
Telephone: (503) 251-0707
Fax: (503) 251-0708
Attorney for Plaintiff



07-CV-05060-ORD

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT C. MILES<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>Defendant. | Civil No.: C07-5060-RBL-KLS<br><br>PROPOSED ORDER FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) |

Attorney fees in the amount of $10,700.00 are hereby awarded to plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,200.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the §406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at her address shown above** the balance of $3,500.00, minus any user fee. Any amount that has been withheld after all administrative and court attorneys fees have been paid should be released to the claimant.

Page 1 - PROPOSED ORDER FOR ATTORNEY FEES
      PURSUANT TO 42 U.S.C. § 406(b)

Dated May 4, 2009.

_[signature]_
USDC Judge/Magistrate

Presented by:
Karen Stolzberg
Attorney for Plaintiff